**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2159**

---

CRAIG M. HENSON,

            Plaintiff - Appellant,

      v.

CITY OF VIRGINIA BEACH; PATRICK DUHANEY, City Manager, in his official capacity,

            Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:23-cv-00628-RBS-LRL)

---

Submitted:  February 26, 2026                    Decided:  March 2, 2026

---

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Craig M. Henson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig M. Henson appeals the district court's order dismissing his amended complaint brought pursuant to 42 U.S.C. §§ 1983, 1985, and 1986 and the Americans with Disabilities Act under 28 U.S.C. § 1915(e)(2).[*]  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Henson v. City of Va. Beach*, No. 2:23-cv-00628-RBS-LRL (E.D. Va. July 14, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Henson filed motions to supplement the record.  We deny those motions.